EISERT v. BOWEN et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Alwin Eisert against Abner T. Bowen, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ELK REALTY CO. v. ONDERDONK. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Elk Realty Company against Antoinette Onderdonk. No opinion. Application denied, with $10 costs. Order signed. See, also, 142 N. Y. Supp. 289.

ELMOHAR CO., Appellant, v. PEOPLE'S SURETY CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by the Elmohar Company against the People's Surety Company of New York. A. C. Cass, of New York City, for appellant. E. M. Grout, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EMPIRE ENGINEERING CORPORATION v. MACK et al. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by the Empire Engineering Corporation against Cornelius J. Mack and others. No opinion. Judgment affirmed with costs.

ENGINEER CO. v. HERRING–HALL–MARVIN CO. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Appeal from Trial Term, New York County. Action by the Engineer Company against the Herring-Hall-Marvin Company. From a judgment for plaintiff, and denial of new trial, defendant appeals. Affirmed. Harry W. Forbes, of New York City, for appellant. James W. Monk, of New York City, for respondent.

PER CURIAM. This court on the former appeal (154 App. Div. 123, 138 N. Y. Supp. 881) held that there was a question for the jury. The case now having been submitted to the jury, who have found a verdict for the plaintiff, which is supported by the evidence, the judgment is therefore affirmed. Judgment and order affirmed, with costs.

ENOCH MORGAN'S SONS CO., Respondent, v. INMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by the Enoch Morgan's Sons Company against Horace Inman and another. H. V. Borst, of Amsterdam, for appellants. R. F. Clarke, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EPSTEIN, Appellant, v. DIMON, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Hyman Epstein against Anton D. Dimon. A. S. Aronstamm, of New York City, for appellant. L. Burgess, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ETTLINGER, Respondent, v. KRUGER, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Louis Ettlinger against Theodore Kruger. H. L. Scheuerman, of New York City, for appellant. W. W. Pellet, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FABBRI v. MEYER et al. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Appeal from Special Term, New York County. Action by Edith Fabbri against Anna C. Meyer and another. From an order denying a motion for leave to serve an amended complaint, and giving leave to discontinue, plaintiff appeals. Reversed, and motion granted. Rumsey, Sheppard & Ingalls, of New York City, for appellant. Hatch & Sheehan, of New York City, for respondent Meyer. Dexter, Osborn & Fleming, of New York City, for respondent Taylor.

PER CURIAM. The order appealed from should be reversed, with $10 costs and disbursements to the appellant, and the motion granted, to provide, first, that the motion for leave to serve an amended complaint be granted on the payment of full costs and disbursements to be taxed, unless the plaintiff elects to discontinue the action on the payment of costs and disbursements, in which case the action is discontinued.

FAMOBROSIS SOCIETY, Appellant, v. ROYAL BEN. SOCIETY, Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by the Famobrosis Society against the Royal Benefit Society. W. H. Van Steenbergh, of New York City, for appellant. J. A. Carney, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 App. Div. 946, 137 N. Y. Supp. 1119.

FARGO v. ARNDTSTEIN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Bessie V. Fargo against Moses Arndtstein. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FARNHAM, Appellant, v. LEBOLT & CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by George A. Farnham against Lebolt & Co. No opinion. Judgment modified, by striking therefrom the allowance of $50 costs, and, as so modified, unanimously affirmed, without costs. See, also, 136 App. Div. 934, 120 N. Y. Supp. 1123.

FAY, Respondent, v. CITY OF GLOVERSVILLE, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Francis Fay against the City of Gloversville. No opinion. Appeal dismissed, with $10 costs.